IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CR-00001-M-RJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DAVID ANTHONY SCELSI,

     Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Seal [DE 44]. For good cause shown, the motion is GRANTED. The Clerk is DIRECTED to maintain Defendant's Memorandum in Support of Motion to Withdraw Guilty Plea [DE 43] under seal until further order of the court.

SO ORDERED this _____15th_____ day of June, 2026.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE